02-12-318-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00318-CR

 

 


 
 
 Sherry
 Elizabeth Branch
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From Criminal District
 Court No. 4
  
 of
 Tarrant County (1265545D)
  
 December
 21, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 

 




 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00318-CR

 

 


 
 
 Sherry Elizabeth Branch
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 4 OF Tarrant
COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Sherry Elizabeth Branch attempts to appeal from her conviction for possession
of less than one gram of methamphetamine.  The trial court’s certification
states that this is “a plea-bargain case, and the defendant has NO right of
appeal.”  See Tex. R. App. P. 25.2(a)(2).  On July 23, 2012, we notified
Branch that the appeal would be dismissed pursuant to the trial court’s
certification unless she or any party desiring to continue the appeal filed a
response on or before August 2, 2012, showing grounds for continuing the
appeal.  See Tex. R. App. P. 25.2(d), 44.3.  We have not received a
response.  Therefore, in accordance with the trial court’s certification, we
dismiss the appeal.  See Tex. R. App. P. 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  December 21, 2012









[1]See Tex. R. App. P. 47.4.